IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. ANDERSON,

    Plaintiff,

  v.

    Case No. 14-cv-831-wmc

DR. BUTLER, ET AL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants, Dr. Butler, Nurse Andi, Nurse Pam, Nurse Brandi, Nurse Meghan, Nurse Tracey, and Nurse Jill, dismissing this case without prejudice.

    /s/                                    01/15/2019

Peter Oppeneer, Clerk of Court              Date